# EXHIBIT A

| No. | Seller Alias | E-Mail Address |
|---|---|---|
| 1 | BESTPRICE1324 | cckag4@163.com |